UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RONALD SATISH EMRIT,

    Plaintiff,

v.                                                                       Case No. 6:19-cv-1942-Orl-37EJK

UNIVERSAL MUSIC GROUP; ISLAND
DEF JAM GROUP; ESTATE OF
SHAKIR STEWART; and RICK ROSS,

    Defendants.
_____

**ORDER**

This cause is before the Court *sua sponte*. Upon review of the Complaint (Doc. 1), the Court finds that this case should be transferred to the Tampa Division of this District.

Local Rule 1.02(c) provides that all civil cases should be heard in the "Division encompassing the county or counties having the greatest nexus with the cause, giving due regard to the place where the claim arose and the residence or principal place of business of the parties." Here, the Complaint provides that Plaintiff is a citizen of Florida living in Sarasota, Florida. (Doc. 1, ¶ 6.) Sarasota County lies within the Tampa Division of this Court. Local Rule 1.02(b)(4). Therefore, in its discretion, the Court finds that the Tampa Division is the proper venue for this action to proceed. *See* Local Rule 1.02(e).

Accordingly, the Clerk is **DIRECTED** to transfer this action to the Tampa Division of the U.S. District Court for the Middle District of Florida for all further proceedings.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 15, 2019.

-1-



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record
*Pro se* party